UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Forrest Sipiora,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>I-Flow Corporation,<br><br>　　　　　　Defendant. | CASE NO. 2:09-cv-01857-MJP<br><br>ORDER ON MOTION TO REVISE CASE SCHEDULE |

　　　The Court, having received and reviewed the Agreed Motion to Continue Pretrial Deadlines (Dkt. No. 24), makes the following findings:

　　　The motion contains no reason why Dr. Ratcliffe is not available until March 25, 2011.

　　　The motion re-sets the dispositive motions deadline to two months before the trial date. The Court sets dispositive motions deadlines as it does in order to permit the Court sufficient time to review and rule on the motions, and the parties sufficient time to make whatever decisions they deem appropriate in light of the rulings. The proposed revision is not acceptable.

ORDER ON MOTION TO REVISE CASE
SCHEDULE- 1

1  Therefore, IT IS ORDERED that the request to revise the existing case schedule is
2  DENIED without prejudice to bring a renewed motion which cures the defects noted above and
3  outlines a plan for meeting the revised deadlines.
4  The clerk is ordered to provide copies of this order to all counsel.
5  Dated this _21st_ day of January, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER ON MOTION TO REVISE CASE
SCHEDULE- 2